IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CELSO COSTELO, *et al.*,

    Plaintiffs,                     No. CIV 2:12-cv-1430 KJM AC PS

   vs.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.                <u>ORDER</u>

          This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Presently before the court are the following: a motion to dismiss, filed October 15, 2012, by defendant Placer Title Company (Doc. No. 9); a motion to dismiss, filed October 26, 2012, by defendants Bank of America N.A., ReconTrust Company, N.S., and Leticia Quintana (Doc. No. 16); and a motion to dismiss, filed November 1, 2012, by defendants Sheena Gordon, OneWest Bank, FSB, Leticia Quintana, Anna Elizabeth Ramsey, Roger Stotts, U.S. Bank Nat'l Assoc., Wells Fargo Bank, N.A., and Mortgage Electronic Registration Systems, Inc. No opposition to any of these motions to dismiss has been filed.

          Local Rule 230© provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o

1

party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of January 23, 2013 is vacated. Hearing on defendants' motions to dismiss is continued to February 27, 2013 at 10:00 a.m. in courtroom no. 26.

2. Plaintiffs shall file opposition, if any, to the motions to dismiss, no later than February 13, 2013. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 14, 2013.

`

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;cost1430.nooppo

2